UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
LINDA SLADE,                                    :
                          Plaintiff,    :
                                       :    21 Civ. 10434 (LGS)
            -against-                       :
                                       :         ORDER
BLACK DIAMOND GROUP, INC.,         :
                         Defendant.    :
                                       :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order.  Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis.  Any pending motions are **DENIED** as moot, and all conferences and deadlines are **CANCELLED**.

Dated: January 31, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE